ORIGINAL

FILED

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0501

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0501

JOHN WESLEY BUCHANAN,

Petitioner,

v.

MONTANA FOURTEENTH JUDICIAL
DISTRICT COURT, HON. RANDAL I.
SPAULDING, Presiding,

Respondent.

FILED

SEP 0 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner John Wesley Buchanan, via counsel, seeks a writ of supervisory control directing the Fourteenth Judicial District Court, Meagher County, to dismiss its Cause No. DC-21-01 on double jeopardy grounds. Buchanan alleges the District Court erred when it denied his motion to dismiss via its July 7, 2022 Order Denying Defendant's Motion to Dismiss Information. With this matter set for trial on October 6, 2022, Buchanan further moves for a stay of proceedings pending resolution of his petition for writ.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. We further agree with Buchanan that it would be improper to hold trial while resolution of the present petition is pending. However, we may have sufficient time to rule upon this petition in advance of trial. We will revisit the issue of stay after obtaining responses.

Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Fourteenth Judicial District Court, and the State of Montana, or both, are granted 10 days from the date of this Order to prepare, file, and serve a response(s) to the petition for writ of supervisory control in Cause No. DC-21-01.

IT IS FURTHER ORDERED that Buchanan's motion for stay is TAKEN UNDER ADVISEMENT. This matter may proceed in the District Court until further order of this Court.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Fourteenth Judicial District Court, Meagher County, Cause No. DC-21-01, and the Honorable Randal I. Spaulding, presiding.

DATED this 6ᵗʰ day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2